IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HARSHAD P. DESAI,<br><br>     Plaintiff,<br><br>v.<br><br>GARFIELD COUNTY GOVERNMENT,<br><br>     Defendant. | **ORDER TO CLOSE CASE**<br><br>Case No. 2:17-cv-00024-JNP-EJF<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

    The court adopted Judge Furse's Report and Recommendation and dismissed Harshad Desai's complaint on March 30, 2018. One claim was dismissed with prejudice, but the remaining claims were dismissed without prejudice. The court granted Desai leave to file an amended complaint by April 27, 2018. The court informed Desai that if he did not file an amended complaint by this deadline, the court would close the case. On April 23, 2018, Desai filed an untimely objection to Judge Furse's Report and Recommendation. But the objection did not address any of the points made in the Report and Recommendation or make any argument as to why the court should not have adopted it. The objection mentioned that Desai had been out of the country and had not accessed his mail until April 14, 2018.

    Over one month after the court's deadline to amend and over six weeks from the date that Desai has returned to the country, he has still not amended his complaint. The court, therefore, directs the clerk to close the case.

    DATED May 30, 2018.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge

2