IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HARSHAD P. DESAI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GARFIELD COUNTY GOVERNMENT,<br><br>　　　　　Defendant. | **JUDGMENT**<br><br>Case No. 2:17-cv-00024-JNP-EJF<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

　　　　IT IS ORDERED AND ADJUDGED that Harshad Desai's action is dismissed with prejudice.

　　　　SO ORDERED February 14, 2019.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JILL N. PARRISH
　　　　　　　　　　　　　　　　　United States District Judge